

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2014

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

# O R D E R

On March 11, 2014, appellant's counsel moved to withdraw as appellate counsel. We GRANT counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel must be appointed. We, therefore, ORDER this appeal ABATED to the trial court and ORDER the trial court to appoint new counsel on or before **March 28, 2014**. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel).

We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new counsel on or before **April 4, 2014**. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court.

All appellate deadlines are SUSPENDED pending further orders from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court